IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC and PFIZER PFE IRELAND PHARMACEUTICALS HOLDING 1 B.V., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 19-752 (CFC) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS on April 15, 2019, Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF PRISM C.V., Pfizer Manufacturing Holdings LLC, and Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V. (collectively, "Pfizer") filed a complaint against Defendants Mylan Pharmaceuticals Inc. ("MPI") and Mylan Inc. (collectively with MPI, "Mylan") alleging infringement of U.S. Patent Nos. 6,936,612, 7,208,489 and 7,456,168 (the "Patents-in-Suit");

WHEREAS on April 15, 2019, Pfizer also filed complaints in this District in related actions, C.A. Nos. 19-743-CFC; 19-745-CFC; 19-747-CFC, 19-748-CFC; 19-749-CFC; 19-750-CFC; 19-751-CFC; 19-752-CFC; 19-753-CFC; 19-754-CFC; 19-758-CFC; 19-759-CFC; and 19-760-CFC (collectively, the "Delaware Actions") alleging infringement of the Patents-in-Suit;

WHEREAS on April 29, 2019, Pfizer filed a complaint against Mylan in the Northern District of West Virginia having Civil Action No. 1:19-cv-97-IMK (the "West Virginia Action");

WHEREAS on July 10, 2019, MPI answered Pfizer's complaint in the West Virginia Action;

WHEREAS on July 12, 2019, Mylan moved to dismiss Pfizer's complaint in this District alleging, among other things, improper venue;

WHEREAS on July 17, 2019, Pfizer moved the Judicial Panel on Multidistrict Litigation to transfer and consolidate the West Virginia Action with the Delaware Actions;

WHEREAS Pfizer and Mylan (collectively, the "Parties") agree that venue is proper with respect to MPI in the Northern District of West Virginia but disagree as to whether venue is proper with respect to Mylan in the District of Delaware;

WHEREAS the Parties desire to save judicial resources and the resources of the Parties;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, subject to the approval of the Court, as follows:

1. Pfizer hereby dismisses without prejudice the complaint against MPI and Mylan Inc. pursuant to Rule 41(a)(1)(A)(ii); and

2. The terms of this stipulation are made without prejudice to the respective positions of Pfizer and Mylan as to whether venue in the District of Delaware is proper.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Stephanie E. O'Byrne* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mdellinger@mnat.com | David E. Moore (#3983)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>sobyrne@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| David I. Berl<br>Christopher J. Mandernach<br>Kathryn S. Kayali<br>Seth R. Bowers<br>Michael Xun Liu<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000 | Deepro R. Mukerjee<br>Lance Soderstrom<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>(212) 940-8800<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

August 6, 2019

SO ORDERED this \_\_\_\_\_ day of August, 2019.

_____
The Honorable Colm F. Connolly
United States District Judge

3